UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VFS LEASING CO., et al.,

    Plaintiffs,

v.                                              CASE NO.: 8:12-cv-2805-T-23EAJ

SEMPER FI SERVICES, LLC, et al.,

    Defendants.
_____/

## **ORDER**

On June 6, 2014, United States Magistrate Judge Elizabeth A. Jenkins issued a report and recommendation. More than seventeen days has passed, and no party objects. The report and recommendation (Doc. 61) is **ADOPTED**. The motion (Doc. 47) for default judgment is **GRANTED IN PART**. The clerk is directed to enter a judgment in favor of the plaintiffs and against the defendants Semper Fi Services, LLC; SMPR, Inc.; and Peter Shirk for $106,900.40 in damages, $61,768.32 in prejudgment interest, post-judgment interest at the prevailing statutory rate until paid in full, and $4,875.00 in attorney's fees and costs. The clerk will close the case.

ORDERED in Tampa, Florida, on June 25, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE